

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2019

No. 04-18-00863-CV

Ernest C. **TREVINO**,
Appellant

v.

**ENERGY LAND TEXAS, LP**, Summit Capital LLC (Both Subsidiary Companies under Westport Capital Partners LLC), Individually Managing Partner Kevin McTavish, The Estate of Jack Wood, Executor Pat White,
Appellees

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 18-07-0647-CVA
Honorable Russell Wilson, Judge Presiding

# O R D E R

Appellant timely filed a pro se motion seeking appellate review of the trial court's order overruling his claim of indigence. *See* TEX. R. CIV. P. 145(g). The trial court clerk and court reporter are therefore required to prepare, certify, and file without advance payment of costs a clerk's record and a reporter's record pertaining to the issue of appellant's indigence. TEX. R. CIV. P. 145(g)(3).

It is therefore ORDERED that the trial court clerk prepare, certify, and file a clerk's record containing those portions of the trial court's record that pertain to the hearing on appellant's claim of indigence, including, at a minimum: the Statement of Inability to Afford Payment of Court Costs and all documentary evidence filed by appellant; any contest motion and documentary evidence filed by a party, the trial court clerk, or the court reporter; the notice of hearing; the trial court's order ruling on appellant's claim of indigence and its findings in support of the order; and the appellant's motion for appellate review of the trial court's order, including any motions for extension of time to file the motion for review.

It is further ORDERED that the court reporter prepare, certify, and file a reporter's record for the hearing on appellant's claim of indigence. The reporter's record must include a transcription of the hearing, any and all exhibits admitted into evidence during the hearing, and the trial court's ruling.

The clerk's record and reporter's record pertaining to the issue of appellant's indigence must be filed in this court **within ten (10) days** from the date of this order.

Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2019.

KEITH E. HOTTLE,
Clerk of Court